**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  James David Turner<br>Debtor(s) | BK. NO. 17-10032 TPA |
| Toyota Motor Credit Corporation<br>Movant<br>v.<br>James David Turner<br>Respondent<br>and<br>Joseph B. Spero Esq., Trustee<br>Additional Respondent | CHAPTER 7 |

**DEFAULT ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

This _____ day of _____, 2017, upon default, no response objecting to the Motion having been timely filed by an interested party, and upon Movant's Certification of Service and Certification of No Objection, it is

**ORDERED** that the above-captioned Motion is granted insofar as it requests relief from the Automatic Stay imposed by 11 U.S.C. Sections 362 (d) and 1301 (if applicable) with respect to vehicle, 2015 SCION FR-S, VIN:JF1ZNAA19F9712524, .

Movant shall, within five (5) days hereof, serve a copy of the within Order on parties in interest (unless they are otherwise served) and file a certificate of Service.

_____
United States Bankruptcy Judge

cc:    James C. Warmbrodt, Esquire
       jwarmbrodt@kmllawgroup.com
       KML Law Group, P.C.
       BNY Independence Center
       701 Market Street, Suite 5000
       Philadelphia, PA 19106-1532