FILED
5/15/17 9:40 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: James David Turner<br>　　　　　Debtor(s) | |
| Toyota Motor Credit Corporation<br>　　　　　Movant<br>　　v.<br>James David Turner<br>　　　　　Respondent<br>　　and<br>Joseph B. Spero Esq., Trustee<br>　　　　　Additional Respondent | BK. NO. 17-10032 TPA<br><br>CHAPTER 7<br><br>Rel to Doc No. 26 |

**ORDER MODIFYING SECTION 362 AUTOMATIC STAY**

　　AND NOW, this 15th day of May, 2017, at Pittsburgh, upon Motion of Toyota Motor Credit Corporation, it is

　　**ORDERED THAT:** The Automatic Stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease and otherwise dispose of the 2015 SCION FR-S, VIN:JF1ZNAA19F9712524, , in a commercially reasonable manner.

_____
United States Bankruptcy Judge

ljm

cc: See attached service list:

James David Turner
PO Box 352
Girard, PA 16417

Rebeka Seelinger
4640 Wolf Road
Erie, PA 16505
rebeka@seelingerlaw.com

Joseph B. Spero Esq.
3213 West 26th Street (VIA ECF)
Erie, PA 16506
sperolaw@roadrunner.com

KML Law Group, P.C.
BNY Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-10032-TPA
James David Turner                                                      Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1    User: dkam    Page 1 of 1    Date Rcvd: May 15, 2017
                        Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2017.
db         +James David Turner,   P.O. Box 352,   Girard, PA 16417-0352
            +KML Law Group, P.C.,   BNY Independence Center,    701 Market Street, Suite 5000,
              Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2017 at the address(es) listed below:
      James   Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
      Joseph B. Spero    sperolaw@neohio.twcbc.com,    jspero@ecf.epiqsystems.com;legalmom18@hotmail.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Rebeka   Seelinger    on behalf of Debtor James David Turner rebeka@seelingerlaw.com
      William E. Craig    on behalf of Creditor    American Honda Finance Corporation
      mortonlaw.bcraig@verizon.net,   donnal@mortoncraig.com;mhazlett@mortoncraig.com
                                                                                                                                        TOTAL: 5